STEVE MOORE (SBN 232114)
steve.moore@pillsburylaw.com
CALLIE A. BJURSTROM,(SBN 137816)
callie.bjurstrom@pillsburylaw.com
NICOLE S. CUNNINGHAM (SBN 234390)
nicole.cunningham@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
501 W. Broadway, Suite 1100
San Diego, CA  92101-3575
Telephone: (619) 234-5000
Facsimile No.: (619) 236-1995

Attorneys for Defendant
ZTE (USA) INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH AMERICA, LLC,<br><br>      Plaintiff,<br><br> vs.<br><br>ZTE (USA), Inc.,<br><br>      Defendant. | Case No. 3:13-cv-02326-CAB-NLS |

### JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), Defendant ZTE (USA) Inc. ("ZTE"), and SPH America LLC ("SPH") jointly move to dismiss SPH's complaint against ZTE, and all counterclaims brought by ZTE without prejudice to reinstate and with no award of fees or costs, pursuant to ZTE's agreement that it will not assert that this dismissal precludes or otherwise bars any possible future suit by SPH against ZTE, including a suit involving any of the same patents or claims underlying the instant action.

1    Dated:  April 28, 2016                    Respectfully submitted,

2

3    By:  /s/ Brian D. Ledahl                  By:  /s/ Steven A. Moore
     Brian D. Ledahl                           Steven A. Moore
4    State Bar No. 186579                       State Bar No. 232114
5    **Russ, August & Kabat**                      **PILLSBURY WINTHROP SHAW**
     12424 Wilshire Boulevard, 12th Floor       **PITTMAN LLP**
6    Los Angeles, CA 90025                      501 West Broadway, Suite 1100
7    (310) 826-7474                             San Diego, CA  92101
     bledahl@raklaw.com                         (619) 544-3112
8                                               Fax (619) 819-4418
     *Attorney for Plaintiff*                     steve.moore@pillsburylaw.com
9    *SPH America LLC*

10                                              *Attorney for Defendant*
11                                              *ZTE (USA) Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION
                                                    Case No. 13CV2326

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I certify that this document was filed electronically pursuant to Civ LR 504 on January 17, 2014 using the Court's CM/ECF system, which shall send notifications of such filing (NEF) to all counsel of record in this case.  This electronic filing acts to electronically serve all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system pursuant to Civ LR 5.4(d).  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

Dated:        April 28, 2016

                                   _/s/ Steven A. Moore_____
                                   Steven A. Moore

JOINT MOTION
Case No. 13CV2326